# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALMA INVESTMENT HOLDINGS LIMITED,<br>        Plaintiff,<br><br>                v.<br><br>JUAN ANTONIO BONEL BORSSEN, et al.,<br>        Defendants. | CV 20-6953 DSF (Ex)<br><br>Order DISMISSING Case for Lack of Subject Matter Jurisdiction |

Plaintiff is a corporation incorporated and headquartered in the United Kingdom that has sued a mix of United States, Spanish, Swedish, Luxembourgish, and Cypriot Defendants in this Court based on diversity jurisdiction.  However, there is no diversity jurisdiction in a case with an alien on one side and a mix of United States citizens and aliens on the other.  Craig v. Atl. Richfield Co., 19 F.3d 472, 476 (9th Cir. 1994) ("[T]he case involved a single foreign plaintiff . . .  and numerous foreign defendants (in addition to U.S. defendants), thereby defeating diversity.").

Therefore, the case is DISMISSED for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Date: October 5, 2020

_____
Dale S. Fischer
United States District Judge