JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALMA INVESTMENT HOLDINGS LIMITED,<br>    Plaintiff,<br><br>            v.<br><br>JUAN ANTONIO BONEL BORSSEN, et al.,<br>    Defendants. | CV 20-6953 DSF (Ex)<br><br>JUDGMENT |

   The Court having dismissed this action for lack of subject matter jurisdiction,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: October 5, 2020

_____
Dale S. Fischer
United States District Judge